# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**RUTH RODRIGUEZ-CAINS, ET AL.**

      v.                     **CASE NUMBER:** 04-1399 (HL)
                                                (Member Case: Civil No. 04-2273 (HL))

**KARL AMALIA & SONS, INC., ET AL.**

| **JUDGMENT** |
|---|
|      According to the sealed settlement agreement entered in this case on September 21, 2005, (docket no. 46) and the sealed order entered today (docket no. 50), the Court hereby enters judgment **dismissing** these consolidated cases (Civil No. 04-1399 (HL) and Civil No. 04-2273 (HL)) **with prejudice**, and without the imposition of costs or attorneys' fees. |

                                                   **S/ HECTOR M. LAFFITTE**
**Date:** October 19, 2005                         **United States District Judge**